22 So.2d 110

### S. L. VICE v. STATE.
### 6 Div. 336.

Supreme Court of Alabama.
May 10, 1945.

Beddow, Ray & Jones, of Birmingham, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of S. L. Vice for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Vice v. State, 22 So.2d 107.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.